JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DEEP VALLEY ENTERPRISES, INC., a California corporation; et. al.,<br><br>　　　Plaintiffs<br>v.<br><br>SCOTT DISHAROON, an individual; and, DOES 1 through 5, inclusive,<br><br>　　　Defendants.<br>_____<br><br>SCOTT DISHAROON, an individual<br><br>　　　Counter-Claimant<br>v.<br><br>DEEP VALLEY ENTERPRISES, INC., a California corporation; et. al.<br><br>　　　Counter-Defendants.<br>_____ | Case No: 5:19-cv-02079-MWF-(KKx)<br><br>Assigned to the Honorable Michael W. Fitzgerald<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

- 1 -

_____
**ORDER OF DISMISSAL WITH PREJUDICE**

## ORDER

The stipulation is approved. The entire action, including all claims, counterclaims, and third party claims stated herein against all parties, is hereby dismissed with prejudice.

Dated: November 23, 2020

_____
Michael W. Fitzgerald
United States District Judge